In the Matter of the Arbitration between FRIDA FINDER, Respondent, and CARMINA NUNEZ, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

LEOLA O. PICKHARDT et al., Appellants, v. FIRST NATIONAL BANK AND TRUST COMPANY et al., Defendants, and MALCOLM H. ORMSBEE et al., Respondents.—

Hagarty, Carswell, Johnston and Lewis, JJ., concur; Adel, J., dissents and votes to affirm the order.